# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

CHANGE OF PLEA IN  USA V. TORRANCE URBAN MILLE

CRIMINAL NO. CR125-042  AT AUGUSTA, GEORGIA

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  TORRANCE URBAN MILLER , HAVING

PREVIOUSLY ENTERED A PLEA OF NOT GUILTY ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF GUILTY  TO COUNT ONE

IN THE INDICTMENT.

THIS 3rd DAY OF February , 2026.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
TORRANCE URBAN MILLER  DEFENDANT

_____
COUNSEL FOR DEFENDANT
WENDELL E. JOHNSTON, JR.