# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

## <u>SENTENCING MINUTES</u>

CASE NO. __CR 125 - 042__

USA V. __Torrance Urban Miller__

JUDGE: Honorable J. Randal Hall

COURT REPORTER: Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT:
__Kyle Dains__

PROBATION OFFICER:
__T'Nova Dessaw__

DATE: __07/01/2026__

TIME: __1059 am__ to __1134 am__

COURTROOM DEPUTY: Lisa Widener

ATTORNEY(S) FOR THE DEFENDANT:
__Wendell Johnston__

DEFENDANT SENTENCED ON COUNT(S):
__One__

---

__Y__ PSR reviewed in full

__N__ Objections to factual basis

__N__ Objections to Guideline Calculations

__N__ Changes ordered

__N__ Factual Witnesses

__Y__ Statement by Counsel

__Y__ Statement by Defendant

__Y__ Appeal rights explained/(waived)

Facility requested/recommended:
__Miami FL area__

Defendant remanded __Y__

Voluntary surrender __—__

Departure from guidelines __N__

Custody: __60__ months

_____

Supervised Release: __3__ years

_____

__Y__ Standard and Special Conditions of Release

to be explained by USPO and a written copy to be provided to defendant

Probation __—__

Fine $ __2000.00__

Restitution $ __—__

Special Assessment: __100.00__

Community Service: __—__ hours within first

__—__ months of release

Dismiss Count(s) __2-8__

Plea agreement accepted __Y__

Upward __—__ Downward __—__